1:24-cv-08900
Judge John J. Tharp, Jr
Magistrate Judge Jeannice W. Appenteng
Cat 2/ Random Assignment

IP, Ownership of Body/Human Beings,
Shared Property of Ownership of Pet/Living creature,
Religious Rights, Marriage Rights, Freedom of Speech

This lawsuit is about my
First Ammendment Rights
and whether I have a
Right to the footage I
filmed and photographed
or if Michael legally
owns my Artwork.

RECEIVED
SEP 25 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This lawsuit is also about
Ownership of my body and
whether Michael Almereyda
has the right to film and
photograph me against my
wishes and use it in his
Artwork and for-profit work
He claims it's his First Ammendment
Right to do this against my wishes,
The evidence I will present
in my lawsuit shows multiple
series from Bard College,
where I studied add
earned my Art Degree.
The series I created
features myself in some
of the pieces inspired by
Yoko Ono and countless other
Artists before me. My clothes
and objects I chose to
surround myself with, are
part of the work and I
maintained my hair and

body in a certain way — spending my own money to do so — to give a certain desired appearance for my work.

I am asserting that Michael Almereyda does NOT have ~~any rights to~~ the legal rights to use my photographs, videos, or images he took of me, or any likeness of me whatsoever, without my permission. Michael did NOT have my permission at ANY point and I directly told him not to film or photograph me countless times but he refused to stop. Michael will claim that he is protected under the First Ammendment but I am claiming that I am also protected under the First Ammendment and that I own the Rights to my own body, image and likeness — and furthermore

I paid almost $1 million dollars on Art Degrees and there is irrevitable evidence that by filming, photographing me, using my likeness and life story against my wishes he has done damages to me — and that by keeping my videos and photographs that I made without my permission and against my wishes he has caused damage.

I am also claiming that the videos and photographs that I took, sometimes using his camera, are my own works — not property of Michael Almereyda. I am requesting a Judge and Jury to make a decision about these very timely issues.

Does Michael Almereyda own the rights to my videos, photographs that are my artwork in his posession? Or do I own the rights to this artwork

that I made myself?

Does Michael Almereyda own to videos and photographs that Michael Almereyda filmed of me that I told him not to film? Does Michael Almereyda own the rights to images, videos, likenesses of me, and my life story? Or do I own the rights to my body, images of me, videos of me, likenesses of me and/or my life story?

Does Michael Almereyda have the right to profit financially and professionally from photographs videos, likenesses of me and/or my life story — or from the artwork I have made, which he holds in his possession?

I am requesting that Michael Almereyda return my videos, photographs that I took and the artwork I made.

I am also requesting that Michael Almereyda give me the photographs, videos, likenesses of me and my life story back to me because he does not own them. And I would like all of his videos, photographs to be confirmed as not containing any remaining videos, photographs, likenesses of me or my life story in any way.

I am concerned about the ownership of Michael Almereyda's estate when he passes and I do not want any of my artwork to be owned by another person, and I do not want any photographs, videos or likenesses of me or my life story to be owned by anyone other than myself.

I am also considering requesting compensation for the profits (financial

and career) that Michael
Almereyda made from
my artwork, and from
the videos, photographs,
likenesses of me and
my life story that he
made while I begged
him to stop doing that
to me.

Please note:
I feel bad asking for
compensation because
Michael Almereyda
does not have a lot
of money, and he is
an extremely nice person.

The second issue I would like to raise in court is that of my Religous Rights.

I believe that my religous beliefs about Marriage have been violated by Michael Almereyda and also by the American Governments policies about Common Law Marriage.

I believe that Michael Almereyda and I lived together, worked together, shared assets together (even raised a cat together, as a married couple does. Michael was unwilling to officially register our marriage but he bought me a ring and asked me to live with him, be with him forever. Due to this arrangement I agreed to be with him and entered into a certain type of relation- ship I would not have otherwise, sharing all assets and doting on him —

doing work for him, and with him for free, as a bonded couple, I ~~would~~ might not have done otherwise.

I feel that the projects Michael worked on are projects I also heavily influenced, worked on, donated resources to and more. He did the same for me up to an extent. The free labor I did to maintain our household and time and money (even money left to me by my grandfather to fix Michael's apartment and maintain our living space — this required all my time and impacted my actual jobs and other opportunities for my own work and career.

I would like the Court to please address these issues and help our government consider improving current laws

and rights for women regarding our domestic relationships with partners who try to evade any ~~with me~~ formal titles of "marriage" due to financial reasons, property ownership reasons, intellectual property ownership reasons.

I am asking the Court, Jury, to rule on whether or not my Religous, legal rights have also been violated.

And I would please like to get my Cat Max back, or at minimum be allowed to say goodbye to my cat and give my Cat Max a few presents I bought for him.

State of Illinois
Department of Human Services
Department of Healthcare and Family Services

| | |
|---|---|
| Date of Notice: | August 21, 2024 |
| Case Number: | 130640991 |
| Client Name: | ROSE MEACHAM |
| Individual ID: | 1244276752 |
| Office Name: | SOUTH LOOP FCRC |
| Office Address: | 1112 S WABASH AVE |
| | CHICAGO, IL 60605 |
| Phone: | 312-793-7500 |
| TTY: | 866-217-8037 |
| Fax: | 844-736-3563 |

ROSE MEACHAM
730 W LAKE ST
CHICAGO, IL 60661

**You can manage your case online at abe.illinois.gov**

Esta notificación está disponible en Español. Usted puede solicitarla por Internet en abe.illinois.gov o llame al 1-800-843-6154 (TTY 1-866-324-5553)

# Notice of Decision

We reviewed your application for SNAP, Cash and Medical benefits. This notice explains our decision. The notice also tells you how you can appeal if you think our decision is wrong.

Your application for **SNAP** benefits filed on August 02, 2024 is **approved**. For information about who is approved and the amount of SNAP benefits you will get, read the Food Assistance Benefits section of this notice.

Your application for **Cash Benefits** filed on August 02, 2024 is **denied**. Read the Cash Benefits section of this notice to find out why.

Your application for **Medical Benefits** filed on August 02, 2024 is **approved** for at least one person.  For information about who is approved, and the benefits and months covered, read the Medical Benefits section of this notice.

---

## How To Use Your Benefits

Cash, SNAP and State Food Benefits are available on the Illinois Link Card. Unless you received a card at the office where you applied one will be mailed to you. To choose your PIN or request a replacement card contact the Illinois LINK Help Line at 1-800-678-LINK (5465) TTY 1-877-765-3459 or go to the Illinois LINK card website at www.link.illinois.gov

---

You can manage your case online through ABE (www.abe.illinois.gov). To learn how, read the **Manage My Case Online** section in this notice.

This notice contains important information. If you cannot read this notice, please call us at 1-800-843-6154 (TTY 1-866-324-5553) for help. Please stay on the line while you are connected with an interpreter.

Turn this page over to read more information on the back.

93863862

# Food Assistance Benefits

The person(s) listed below have been **approved** for Food Assistance benefits. The actual amount you get will be lower if your benefits are being reduced to pay back a prior overpayment. We will send a notice to let you know when it's time to renew your benefits.

| Approval Period | Monthly Benefit Amount | Eligible Person(s) | Type of Assistance |
|---|---|---|---|
| Aug 02, 2024 - Aug 31, 2024 | $92.00 | ROSE MEACHAM | SNAP |
| Sep 01, 2024 - Sep 30, 2024 | $102.00 | ROSE MEACHAM | SNAP |
| Oct 01, 2024 - Jul 31, 2025 | $103.00 | ROSE MEACHAM | SNAP |

Your regular monthly Food Assistance benefits will be available approximately October 02, 2024.

Your Food Assistance benefit of $194.00 will be available in your Illinois LINK account on or about 08/21/24 to cover your needs from 08/02/24 - 09/30/24.

| SNAP Income Eligibility Determination | | Aug 2024 | Sep 2024 | Oct 2024 |
|---|---|---|---|---|
| Total Gross Earned Income | | $1788.00 | $1771.00 | $1771.00 |
| Total Unearned Income | + | $0.00 | $0.00 | $0.00 |
| Self Employment Income | + | $0.00 | $0.00 | $0.00 |
| Child Support Exclusion Deduction | - | $0.00 | $0.00 | $0.00 |
| Gross Monthly Income | = | $1788.00 | $1771.00 | $1771.00 |
| SNAP Income Eligibility Determination | | Aug 2024 | Sep 2024 | Oct 2024 |
| Gross Monthly Income Standard For Household Size | = | $2005.00 | $2005.00 | $2071.00 |
| Members aged 60 or older or disabled | | No | No | No |
| Gross Earned Income | = | $1788.00 | $1771.00 | $1771.00 |


93863862

Jewel Food Stores, Inc.
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 032 |
| Pay Begin Date: | 06/30/2024 |
| Pay End Date: | 07/06/2024 |
| Advice #: | 6174763 |
| Advice Date: | 07/11/2024 |

| | | | | |
|---|---|---|---|---|
| Rose Menchem | Employee ID: | 20567754 | | |
| 730 W Lake St | Department: | 3376A347 | | |
| Chicago, IL 60661 | Location: | 3376A | | |
| XXX-XX-8912 | Job Title: | Cashier Clerk | | |
| | Pay Rate: | $16.200 Hourly | | |

| TAX DATA: | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | ✓ | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 16.200 | 14.00 | 226.80 | 490.00 | 7,747.60 |
| Sunday Regular Hours | | 0.00 | | 119.50 | 1,888.10 |
| Holiday Worked | 16.200 | 4.00 | 64.80 | 11.75 | 187.25 |
| Overtime 1.5 | | 0.00 | 0.00 | 1.25 | 29.63 |
| Total Hours Worked | | 18.00 | | 622.50 | |
| Night Premium | 0.500 | 1.00 | 0.50 | 28.00 | 14.00 |
| Holiday Worked Premium | 1.250 | 4.00 | 5.00 | 11.75 | 14.69 |
| Sincerely Thank You | | | 0.00 | | 45.88 |
| **TOTAL:** | | | **297.10** | | **9,897.15** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1.63 | 304.68 |
| Fed MED/EE | 4.30 | 143.94 |
| Fed OASDI/EE | 18.42 | 615.48 |
| IL Withholdng | 14.71 | 491.41 |
| **TOTAL:** | **39.06** | **1,555.51** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 135.20 |
| Union Dues Arrears | 0.00 | 92.95 |
| Union Dues Initiation | 0.00 | 110.00 |
| **TOTAL:** | **8.45** | **338.15** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |
| | *TAXABLE | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 297.10 | 297.10 | 39.06 | 8.45 | 249.59 |
| YTD | 9,897.15 | 9,927.15 | 1,555.51 | 338.15 | 8,003.49 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6174763 | Checking | XXXXXXXXXXXX2205 | 249.59 |
| **TOTAL:** | | | **249.59** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

$1,100 each month on average

**Jewel Food Stores, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 032 |
| Pay Begin Date: | 06/23/2024 |
| Pay End Date: | 06/29/2024 |
| Advice #: | 6152041 |
| Advice Date: | 07/03/2024 |

| Rose Meacham | | |
|---|---|---|
| 730 W Lake St | Employee ID: | 20567754 |
| Chicago, IL 60661 | Department: | 3376A347 |
| XXX-XX-8912 | Location: | 3376A |
| | Job Title: | Cashier Clerk |
| | Pay Rate: | $15.800 Hourly |

| TAX DATA: | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 15.800 | 23.50 | 371.30 | 476.00 | 7,520.80 |
| Sunday Regular Hours | 15.800 | 4.75 | 75.05 | 119.50 | 1,888.10 |
| Holiday Worked | | 0.00 | 0.00 | 7.75 | 122.45 |
| Overtime 1.5 | | 0.00 | 0.00 | 1.25 | 29.63 |
| Total Hours Worked | | 28.25 | | 604.50 | |
| Night Premium | 0.500 | 1.00 | 0.50 | 27.00 | 13.50 |
| Holiday Worked Premium | | 0.00 | 0.00 | 7.75 | 9.69 |
| Sincerely Thank You | | 0.00 | | | 45.88 |
| **TOTAL:** | | | **446.85** | | **9,600.05** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 16.61 | 303.05 |
| Fed MED/EE | 6.48 | 139.64 |
| Fed OASDI/EE | 27.70 | 597.06 |
| IL Withholdng | 22.12 | 476.70 |
| **TOTAL:** | **72.91** | **1,516.45** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 126.75 |
| Union Dues Arrears | 0.00 | 92.95 |
| Union Dues Initiation | 0.00 | 110.00 |
| **TOTAL:** | **8.45** | **329.70** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 446.85 | 446.85 | 72.91 | 8.45 | 365.49 |
| YTD | 9,600.05 | 9,630.05 | 1,516.45 | 329.70 | 7,753.90 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6152041 | Checking | XXXXXXXXXXX2205 | 365.49 |
| **TOTAL:** | | | **365.49** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Jewel Food Stores, Inc.**
Associate Experienced Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 032 |
|---|---|
| Pay Begin Date: | 06/16/2024 |
| Pay End Date: | 06/22/2024 |
| Advice Date: | 06/27/2024 |

| | |
|---|---|
| Rose Mencham | Employee ID: 20567754 |
| 730 W Lake St | Department: 3376A347 |
| Chicago, IL 60661 | Location: 3376A |
| XXX-XX-8912 | Job Title: Cashier Clerk |
| | Pay Rate: $15.800 Hourly |

| TAX DATA: | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | | | 0.00 | 452.50 | 7,149.50 | |
| Sunday Regular Hours | 15.800 | 7.50 | 118.50 | 114.75 | 1,813.05 | |
| Holiday Worked | | | 0.00 | 7.75 | 122.45 | |
| Overtime 1.5 | | | 0.00 | 1.25 | 29.63 | |
| Total Hours Worked | | 7.50 | | 576.25 | | |
| Night Premium | | | 0.00 | 26.00 | 13.00 | |
| Holiday Worked Premium | | | 0.00 | 7.75 | 9.69 | |
| Sincerely Thank You | | | 0.00 | | 45.88 | |
| **TOTAL:** | | | **118.50** | | **9,153.20** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 286.44 |
| Fed MED/EE | 1.72 | 133.16 |
| Fed OASDI/EE | 7.35 | 569.36 |
| IL Withholdng | 5.87 | 454.58 |
| **TOTAL:** | **14.94** | **1,443.54** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 118.30 |
| Union Dues Arrears | 0.00 | 92.95 |
| Union Dues Initiation | 0.00 | 110.00 |
| **TOTAL:** | **8.45** | **321.25** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 118.50 | 118.50 | 14.94 | 8.45 | 95.11 |
| YTD | 9,153.20 | 9,183.20 | 1,443.54 | 321.25 | 7,388.41 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6129414 | Checking | XXXXXXXXXXXX2205 | 95.11 |
| **TOTAL:** | | | **95.11** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

Jewel Food Stores, Inc.
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 032 |
| Pay Begin Date: | 06/09/2024 |
| Pay End Date: | 06/15/2024 |

| Advice #: | 6106859 |
| Advice Date: | 06/20/2024 |

| Rose Meacham | Employee ID: | 20567754 |
| 730 W Lake St | Department: | 3376A347 |
| Chicago, IL 60661 | Location: | 3376A |
| XXX-XX-8912 | Job Title: | Cashier Clerk |
| | Pay Rate: | $15.800 Hourly |

| TAX DATA: | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 15.800 | 23.25 | 367.35 | 452.50 | 7,149.50 |
| Sunday Regular Hours | 15.800 | 6.50 | 102.70 | 107.25 | 1,694.55 |
| Holiday Worked | | 0.00 | 0.00 | 7.75 | 122.45 |
| Overtime 1.5 | 23.700 | 1.00 | 23.70 | 1.25 | 29.63 |
| Total Hours Worked | | 30.75 | | 568.75 | |
| Night Premium | 0.500 | 2.00 | 1.00 | 26.00 | 13.00 |
| Holiday Worked Premium | | | 0.00 | 7.75 | 9.69 |
| Sincerely Thank You | | | 0.00 | | 45.88 |
| **TOTAL:** | | | **494.75** | | **9,034.70** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 21.40 | 286.44 |
| Fed MED/EE | 7.18 | 131.44 |
| Fed OASDI/EE | 30.67 | 562.01 |
| IL Withholdng | 24.49 | 448.71 |
| **TOTAL:** | **83.74** | **1,428.60** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 109.85 |
| Union Dues Initiation | 4.28 | 110.00 |
| Union Dues Arrears | 0.00 | 92.95 |
| **TOTAL:** | **12.73** | **312.80** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 494.75 | 494.75 | 83.74 | 12.73 | 398.28 |
| YTD | 9,034.70 | 9,064.70 | 1,428.60 | 312.80 | 7,293.30 |

## LEAVE BALANCES

| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6106859 | Checking | XXXXXXXXXX2205 | 398.28 |
| **TOTAL:** | | | **398.28** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

Jewel Food Stores, Inc.
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| Pay Group: | 032 |
| Pay Begin Date: | 06/02/2024 |
| Pay End Date: | 06/08/2024 |

Advice Date: 06/13/2024

| Rose Meacham | Employee ID: | 20567754 |
| 730 W Lake St | Department: | 3376A347 |
| Chicago, IL 60661 | Location: | 3376A |
| XXX-XX-8912 | Job Title: | Cashier Clerk |
| | Pay Rate: | $15.800 Hourly |

| TAX DATA: | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 15.800 | 16.50 | 260.70 | 429.25 | 6,782.15 | |
| Sunday Regular Hours | 15.800 | 6.50 | 102.70 | 100.75 | 1,591.85 | |
| Holiday Worked | | 0.00 | 0.00 | 7.75 | 122.45 | |
| Overtime 1.5 | | 0.00 | 0.00 | 0.25 | 5.93 | |
| Total Hours Worked | | 23.00 | | 538.00 | | |
| Night Premium | | | 0.00 | 24.00 | 12.00 | |
| Holiday Worked Premium | | | 0.00 | 7.75 | 9.69 | |
| Sincerely Thank You | | | 0.00 | | 45.88 | |
| TOTAL: | | | 363.40 | | 8,539.95 | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 8.26 | 265.04 |
| Fed MED/EE | 5.27 | 124.26 |
| Fed OASDI/EE | 22.53 | 531.34 |
| IL Withholdng | 17.99 | 424.22 |
| TOTAL: | 54.05 | 1,344.86 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 101.40 |
| Union Dues Initiation | 16.55 | 105.72 |
| Union Dues Arrears | 0.00 | 92.95 |
| TOTAL: | 25.00 | 300.07 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 363.40 | 363.40 | 54.05 | 25.00 | 284.35 |
| YTD | 8,539.95 | 8,569.95 | 1,344.86 | 300.07 | 6,895.02 |

## LEAVE BALANCES

| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6084350 | Checking | XXXXXXXXXXX2205 | 284.35 |
| TOTAL: | | | 284.35 |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Jewel Food Stores, Inc.**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

Pay Group: 032
Pay Begin Date: 05/26/2024
Pay End Date: 06/01/2024

Advice Date: 06/06/2024

| | | |
|---|---|---|
| Rose Meacham | Employee ID: | 20567754 |
| 730 W Lake St | Department: | 3376A347 |
| Chicago, IL 60661 | Location: | 3376A |
| XXX-XX-8912 | Job Title: | Cashier Clerk |
| | Pay Rate: | $15.800 Hourly |

| TAX DATA: | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 15.800 | 7.50 | 118.50 | 412.75 | 6,521.45 |
| Sunday Regular Hours | 15.800 | 6.00 | 94.80 | 94.25 | 1,489.15 |
| Holiday Worked | 15.800 | 7.75 | 122.45 | 7.75 | 122.45 |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.93 |
| Total Hours Worked | | 21.25 | | $15.00 | |
| Night Premium | 0.500 | 1.00 | 0.50 | 24.00 | 12.00 |
| Holiday Worked Premium | 1.250 | 7.75 | 9.69 | 7.75 | 9.69 |
| Sincerely Thank You | | | 0.00 | | 45.88 |
| **TOTAL:** | | | **345.94** | | **8,176.55** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 6.52 | 256.78 |
| Fed MED/EE | 5.01 | 118.99 |
| Fed OASDI/EE | 21.45 | 508.81 |
| IL Withholdng | 17.12 | 406.23 |
| **TOTAL:** | **50.10** | **1,290.81** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 92.95 |
| Union Dues Initiation | 16.55 | 89.17 |
| Union Dues Arrears | 0.00 | 92.95 |
| **TOTAL:** | **25.00** | **275.07** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 345.94 | 345.94 | 50.10 | 25.00 | 270.84 |
| YTD | 8,176.55 | 8,206.55 | 1,290.81 | 275.07 | 6,610.67 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6061893 | Checking | XXXXXXXXXXX2205 | 270.84 |
| **TOTAL:** | | | **270.84** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Jewel Food Stores, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 032 |
| Pay Begin Date: | 05/19/2024 |
| Pay End Date: | 05/25/2024 |

| | |
|---|---|
| Advice #: | 32460413 |
| Advice Date: | 05/30/2024 |

| | | |
|---|---|---|
| Rose Mencham | Employee ID: | 20567754 |
| 730 W Lake St | Department: | 3376A347 |
| Chicago, IL 60661 | Location: | 3376A |
| XXX-XX-8912 | Job Title: | Cashier Clerk |
| | Pay Rate: | $15.800 Hourly |

| TAX DATA: | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 15.800 | 20.25 | 319.95 | 405.25 | 6,402.95 | Fed Withholdng | 11.13 | 250.26 |
| Sunday Regular Hours | 15.800 | 4.50 | 71.10 | 88.25 | 1,394.35 | Fed MED/EE | 5.69 | 113.98 |
| Overtime 1.5 | | 0.00 | 0.00 | 0.25 | 5.93 | Fed OASDI/EE | 24.31 | 487.36 |
| Total Hours Worked | | 24.75 | | 493.75 | | IL Withholdng | 19.41 | 389.11 |
| Night Premium | 0.500 | 2.00 | 1.00 | 23.00 | 11.50 | | | |
| Sincerely Thank You | | | 0.00 | | 45.88 | | | |
| **TOTAL:** | | | **392.05** | | **7,830.61** | **TOTAL:** | **60.54** | **1,240.71** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues | 8.45 | 84.50 | | | |
| | | | Union Dues Initiation | 16.55 | 72.62 | | | |
| | | | Union Dues Arrears | 0.00 | 92.95 | | | |
| **TOTAL:** | **0.00** | **0.00** | **TOTAL:** | **25.00** | **250.07** | ***TAXABLE** | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 392.05 | 392.05 | 60.54 | 25.00 | 306.51 |
| YTD | 7,830.61 | 7,860.61 | 1,240.71 | 250.07 | 6,339.83 |

| LEAVE BALANCES | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6039413 | Checking | XXXXXXXXXXX2205 | 306.51 |
| **TOTAL:** | | | **306.51** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Jewel Food Stores, Inc.**
Associate Experience Center (AEC)
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 032 |
| Pay Begin Date: | 05/12/2024 |
| Pay End Date: | 05/18/2024 |

| | |
|---|---|
| Advice #: | 6017134 |
| Advice Date: | 05/23/2024 |

| | |
|---|---|
| Rose Mencham | |
| 730 W Lake St | |
| Chicago, IL 60661 | |
| XXX-XX-8912 | |

| | |
|---|---|
| Employee ID: | 20567754 |
| Department: | 3376A347 |
| Location: | 3376A |
| Job Title: | Cashier Clerk |
| Pay Rate: | $15.800 Hourly |

**TAX DATA:**

| | Federal | IL State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 15.800 | 16.50 | 260.70 | 385.00 | 6,083.00 |
| Sunday Regular Hours | 15.800 | 8.00 | 126.40 | 83.75 | 1,323.25 |
| Overtime 1.5 | | 0.00 | | 0.25 | 5.93 |
| Total Hours Worked | | 24.50 | | 469.00 | |
| Night Premium | 0.500 | 2.00 | 1.00 | 21.00 | 10.50 |
| Sincerely Thank You | | 0.00 | | | 45.88 |
| **TOTAL:** | | | **388.10** | | **7,438.56** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 10.73 | 239.13 |
| Fed MED/EE | 5.62 | 108.29 |
| Fed OASDI/EE | 24.06 | 463.05 |
| IL Withholdng | 19.21 | 369.70 |
| **TOTAL:** | **59.62** | **1,180.17** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 76.05 |
| Union Dues Initiation | 16.55 | 56.07 |
| Union Dues Arrears | 0.00 | 92.95 |
| **TOTAL:** | **25.00** | **225.07** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 388.10 | 388.10 | 59.62 | 25.00 | 303.48 |
| YTD | 7,438.56 | 7,468.56 | 1,180.17 | 225.07 | 6,033.32 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac – Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #6017134 | Checking | XXXXXXXXXXX2205 | 303.48 |
| **TOTAL:** | | | **303.48** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**Jewel Food Stores, Inc.**
**Associate Experience Center (AEC)**
20427 N 27th Avenue
Phoenix, AZ 85027-3241

| | |
|---|---|
| Pay Group: | 032 |
| Pay Begin Date: | 05/05/2024 |
| Pay End Date: | 05/11/2024 |

| | |
|---|---|
| Advice #: | 5994941 |
| Advice Date: | 05/16/2024 |

| | |
|---|---|
| Rose Meacham | Employee ID: 20567754 |
| 730 W Lake St | Department: 3376A347 |
| Chicago, IL 60661 | Location: 3376A |
| XXX-XX-8912 | Job Title: Cashier Clerk |
| | Pay Rate: $15.800 Hourly |

**TAX DATA:**

| | Federal | Il. State |
|---|---|---|
| Tax Status: | Single | N/A |
| Claim Dep. Amt.: | | 0 |
| Other Income: | | |
| Deductions: | | |
| Extra Withholding: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 15.800 | 18.00 | 284.40 | 368.50 | 5,822.30 |
| Sunday Regular Hours | 15.800 | 6.50 | 102.70 | 75.75 | 1,196.85 |
| Overtime 1.5 | | 0.00 | 0.00 | 0.25 | 5.93 |
| Total Hours Worked | | 24.50 | | 444.50 | |
| Night Premium | 0.500 | 1.00 | 0.50 | 19.00 | 9.50 |
| Sincerely Thank You | | 0.00 | 0.00 | | 45.88 |
| **TOTAL:** | | | **387.60** | | **7,050.46** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 10.68 | 228.40 |
| Fed MED/EE | 5.62 | 102.67 |
| Fed OASDI/EE | 24.03 | 438.99 |
| IL Withholdng | 19.19 | 350.49 |
| **TOTAL:** | **59.52** | **1,120.55** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 67.60 |
| Union Dues Initiation | 12.36 | 39.52 |
| Union Dues Arrears | 4.19 | 92.95 |
| **TOTAL:** | **25.00** | **200.07** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 387.60 | 387.60 | 59.52 | 25.00 | 303.08 |
| YTD | 7,050.46 | 7,080.46 | 1,120.55 | 200.07 | 5,729.84 |

## LEAVE BALANCES

| | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #5994941 | Checking | XXXXXXXXXXXX2205 | 303.08 |
| **TOTAL:** | | | **303.08** |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

04/05/24

HFS915ES (R-10-22)

State of Illinois
Department of Human Services
Department of Healthcare and Family Services
PO Box 19138
Springfield IL 62794-9138 IMPORTANT INFORMATION. OPEN IMMEDIATELY.

IMPORTANT INFORMAT
ABOUT YOUR COVERA

INFORMACIÓN IMPORTANTE SOBRE SU COB
WAŻNA INFORMACJA O GWARANCJI
ВАЖНАЯ ИНФОРМАЦИЯ О ВАШЕМ ОСВЕИ
關於你的報道的重要信息

008 CBIGSP1 50561

Department of Healthcare and Family Services

| | |
|---|---|
| Client Name: | ROSE MEACHAM |
| Individual ID: | 1244276752 |
| Office Name: | SOUTH LOOP FCRC |
| Office Address: | 1112 S WABASH AVE |
| | CHICAGO, IL 60805 |
| Phone: | 312-793-7500 |
| TTY: | 866-217-8037 |
| Fax: | 844-736-3563 |

ROSE MEACHAM
730 W LAKE ST
CHICAGO, IL 60661

You can manage your case online at abe.illinois.gov

Esta notificación está disponible en Español. Usted puede solicitarla por Internet en abe.illinois.gov o llame al 1-800-843-6154 (TTY 1-866-324-5553)

## Notice of Decision

Beginning May 01, 2024, your benefits will change as follows:

*Medical Benefits will stop* for your household. Read the *Medical Benefits* section of this notice to find out why and to review these changes.

You can manage your case online through ABE (www.abe.illinois.gov). To learn how, read the Manage My Case Online section in this notice.

This notice contains important information. If you cannot read this notice, please call us at 1-800-843-6154 (TTY 1-866-324-5553) for help. Please stay on the line while you are connected with an interpreter.

Turn this page over to read more information on the back.

IL444-0360C (R-07-23) Notice of Decision        Page 1 of 5



# Medical Benefits

The person(s) listed in the table below have been approved for coverage for earlier dates.

| Name | Birth Date | Medical ID (RIN) | Medical Group | Coverage Dates |
|------|-----------|------------------|---------------|----------------|
| ROSE MEACHAM | Nov 24, 1984 | 368116398 | ACA Adult | Jun 01, 2023 - Apr 30, 2024 |



**Not Eligible for Medical Benefits**

The person(s) listed in the table below are not eligible for Medical Benefits.

| Name | Birth Date | Date Coverage Ends | Reason | Policy Reference |
|------|-----------|--------------------|--------|------------------|
| ROSE MEACHAM | Nov 24, 1984 | Apr 30, 2024 | Household income is more than the limit for this individual for this program. | PM I-03-00 |

The application(s) for health coverage for ROSE MEACHAM have been sent to the Federal Health Insurance Marketplace. Please refer to the attached *You Can Get Help to Buy Health Insurance* form for more information.



**ROSE MEACHAM** was cancelled for having more income than the limit. The following amounts were used to make this decision:

| MAGI Based Budget | | May 01, 2024 |
|---|---|---|
| Total gross earned income | | $1900.00 |
| Total self employment income | + | $0.00 |
| Self employment expenses | - | $0.00 |
| Total unearned income | + | $0.00 |
| Gross monthly income | = | $1900.00 |
| MAGI deductions | - | $0.00 |
| Total countable monthly income | = | $1900.00 |
| Income standard for your household size 1 | | $1732.00 |



**Your Rights**

## YOU HAVE CERTAIN RIGHTS
### CASH AND MEDICAL

If you were denied cash or medical benefits, you have the right to talk with a DHS or HFS caseworker to ask about the reason for denial. The talk will be informal. Any added information you have should be presented at that time. You have the right to be represented at this meeting by any person(s) you choose. If you wish such a meeting, contact the office named on the first page of this notice. You should do this right away. If you choose not to have an informal meeting, you still have a right to appeal this action.

### SNAP

#### If Your SNAP Application Was Denied

You may apply for SNAP benefits again any time you think you may be eligible. If you don't agree with our decision to deny your application, you may ask for a fair hearing. You will not receive any SNAP benefits just because you ask for a fair hearing. You will have the chance to explain your disagreement to a Family Community Resource Center worker and later to a hearing officer. If it is decided that you are right, you may be entitled to SNAP benefits from the date you applied.

#### If Your SNAP Application Was Approved

You may ask for a fair hearing if you don't agree with the decision. You will then have the chance to explain your disagreement to a Family Community Resource Center worker and later to a hearing officer.

IL444-0360C (R-07-23) Notice of Decision    Page 4 of 5



## YOU HAVE THE RIGHT TO APPEAL THIS DECISION

If you do not agree with our decision, you have the right to appeal and be given a fair hearing. You may represent yourself at this hearing or you can ask someone else, such as a lawyer, relative or friend to represent you. If you are appealing the decision on your cash and/or medical benefits decision you must do so within 60 days after the "Date of Notice." If you are appealing a decision about SNAP you must do so within 90 days after the "Date of Notice." You can ask for a fair hearing by calling (800) 435-0774, if you use a TTY, by calling (877) 734-7429, going online to abe.illinois.gov/abe/access/appeals, emailing DHS.BAH@illinois.gov, faxing (312) 793-3387, or in writing to DHS Bureau of Hearings, 69 W. Washington, 4th Floor, Chicago, IL 60602.

To apply for free legal help:

✓ In Cook County (including the City of Chicago) - Legal Assistance Foundation of Metropolitan Chicago: (312) 341-1070

✓ In other counties in Northern or Central Illinois with area codes (309), (815) or (847) - Prairie State Legal Services: (800) 531-7057

✓ In other counties in Central or Southern Illinois where the area code is (217) or (618) - Land of Lincoln Legal Assistance Foundation: (877) 342-7891

---

**Manage My Case Online**

Go to abe.illinois.gov and click on the Manage My Case button to set up an online account. You'll need the individual ID displayed to the right in order to access information in ABE Manage My Case. You can apply for benefits online, and once you access Manage My Case you can check the status of your application, view any upcoming appointments, or upload documents.

| Name | Individual ID |
|------|---------------|
| ROSE MEACHAM | 1244276752 |

IL444-0360C (R-07-23) Notice of Decision    Page 5 of 5



86135112

**State of Illinois**
**Department of Healthcare and Family Services**

**Important News**
**You Can Get Help to Buy Health Insurance**

Even though you cannot get Medicaid coverage, you may be able to buy private health insurance through the Health Insurance Marketplace.

On the Health Insurance Marketplace, health insurance companies sell affordable coverage to people whose employers do not offer insurance and who do not qualify for Medicaid.

* You may qualify to get financial help through the Health Insurance Marketplace so you pay less each month for health insurance.

* Health Insurance Marketplace plans will cover preventive care, doctor visits, prescription drugs, maternity care, emergency services, hospital stays and more.

* Insurance companies cannot deny anyone because they are sick or because they have a preexisting health condition.

We will send the information from your Medicaid application to the Health Insurance Marketplace because you do not qualify for Medicaid. But this may take some time.

To be sure you are covered as soon as possible, apply directly to the Health Insurance Marketplace. Be prepared to give them the Medicaid denial notice you received with this flyer. You can:

* Apply online. Log on to Healthcare.gov;

* Call 1-800-318-2596 (TTY: 1-855-889-4325) to ask questions or choose a health plan over the phone; or

* Get in-person help through a community assister near you – it's free. Call 1-866-311-1119 (TTY: 1-888-259-3922) or go to www.GetCoveredIllinois.gov and click on "Get Help in your Area" to get a list of community assisters.

The Department of Human Services and the Department of Healthcare and Family Services caseworkers cannot help you with the Health Insurance Marketplace.

Federal law requires that all U.S. citizens and legal permanent residents have minimum essential health coverage starting in 2014. Insurance from a job, private insurance, Medicaid, All Kids, Medicare and some VA health care programs count as minimum essential health coverage.

For more information on what counts as minimum essential coverage, go to www.healthcare.gov or www.va.gov/aca.


86135112

465 INDUSTRIAL BOULEVARD
LONDON, KY 40750-0001

Official Business
Penalty for Private Use $300



U.S. POSTAGE
& FEES PAID
CMHS
PERMIT# G-28

Important Tax or Health
Coverage Information Inside

Contiene Información Importante
sobre Impuestos o Cobertura Médica

DEPARTMENT OF HEALTH & HUMAN SERVICES
465 INDUSTRIAL BOULEVARD
LONDON, KENTUCKY 40750-0001

Mar 19, 2024

27771 AB 0.544T76 **AUTOALL FOR AADC 606 PL3 R
ROSE MEACHAM
730 W LAKE ST
CHICAGO, IL 60661-1010

# Act now to create or update your 2024 application for Marketplace coverage

Your state told us that the following household member(s) recently lost, will soon lose, or were denied coverage through Illinois Medicaid or Illinois All Kids (CHIP):

**ROSE MEACHAM**

However, people in your household, including those listed above, may now be able to buy a health plan through the Health Insurance Marketplace®, and get help paying for it.

## What should I do next?

Submit a new or updated Marketplace application right away to see if you (or other members of your household) are eligible to buy a Marketplace plan and get help with costs. For help with these steps, visit HealthCare.gov/medicaid-chip/transfer-to-marketplace.

1. **Visit HealthCare.gov and select "Log in" to log into your Marketplace account.** If you don't already have a Marketplace account, you can create one.

2. **Start a new application, or update your existing one.**
   - To start a new application, choose your state and then click "Start my application."
   - If you have an existing application, click "Go to my applications & coverage," and choose the one you want to update under "Your existing applications."

3. **Be sure your application includes:**
   - Your state's recent decision about Medicaid and CHIP coverage.
   - Current household information, like income and size.

4. **Answer the Medicaid/CHIP and household questions based on your situation:**
   - If you or someone in your household recently lost (or will soon lose) Medicaid or CHIP:
     - Answer "Yes" to the question that asks if the person's Medicaid or CHIP coverage has ended or will end soon.

- o Enter the last day of the person's Medicaid or CHIP coverage. If you don't know the exact date, enter your best guess.
- o Answer the question that asks if your household income or size recently changed.
    - Answer "Yes" if you've had a change in household income or size since the state told the person that they lost or will soon lose Medicaid or CHIP coverage. (We'll check again to find out if that person may be eligible for Medicaid or CHIP.)
    - Answer "No" if nothing has changed.
- **If you or others in your household recently applied for Medicaid or CHIP and were denied (Note: this means the household member(s) didn't already have Medicaid or CHIP coverage when they applied):**

  For each person in your household, answer the question that asks if the state found the person ineligible for Medicaid or CHIP in the past 90 days.

    - o Answer "Yes" if **both** of the following conditions apply. Then enter the date of the person's Medicaid or CHIP denial letter. If you don't know the exact date, enter your best guess.
        - Your state denied the person's Medicaid or CHIP application **in the past 90 days.**
        - There **haven't** been changes to your household income or size, or to the person's citizenship or immigration status since your state denied the person's Medicaid or CHIP application.
    - o Answer "No" if **either** of the following conditions apply:
        - Your state denied the person's Medicaid or CHIP application **more than 90 days ago.**
        - There **have** been changes in your household income or size, or to the person's citizenship or immigration status since the state denied the person's Medicaid or CHIP application.

      If you answer "No", we'll check again to find out if that person may be eligible for Medicaid or CHIP.

5. **Submit your completed application.** You can also call the Marketplace Call Center to complete and submit a Marketplace application at 1-800-318-2596 (TTY: 1-855-889-4325).
6. **Review your results, then enroll in a Marketplace plan if eligible.**

## What happens after I submit my Marketplace application?

You'll get eligibility results right away telling you if you or anyone in your household qualifies for health coverage through the Marketplace. You should review your notice, which may also include:
- Information about getting help with your costs
- Other actions you may need to take to confirm your information
- Enrollment deadlines

Your eligibility results will also tell you if you or anyone in your household qualifies for a Special Enrollment Period, which means you can enroll outside the Open Enrollment Period, or get an earlier coverage start date, if you're eligible.

After reviewing your results, if you're eligible for Marketplace coverage, you can compare options and enroll in a Marketplace plan that best meets your needs.

## What if someone in my household is already enrolled in a Marketplace plan?

For anyone who's already enrolled in a Marketplace plan, be sure to update your existing application with any life changes that happened since you last applied for Marketplace coverage (like household changes in income, family size, citizenship, or immigration status). Reporting these updates will ensure that each family member is re-evaluated for Medicaid or CHIP coverage or financial assistance for Marketplace coverage based on your household's current information.

## For more help

- Visit HealthCare.gov or call the Marketplace Call Center at 1-800-318-2596. TTY users can call 1-855-889-4325. You can also make an appointment with someone in your area who can help you. Information is available at LocalHelp.HealthCare.gov.
- Get help in a language other than English. Information about how to access these services is included with this notice, and available through the Marketplace Call Center.
- Call the Marketplace Call Center to get this information in an accessible format, like large print, braille, or audio, at no cost to you.

Sincerely,

Health Insurance Marketplace
Department of Health and Human Services
465 Industrial Boulevard
London, Kentucky 40750-0001

*Privacy Disclosure:* The Health Insurance Marketplace® protects the privacy and security of the personally identifiable information (PII) that you have provided (see HealthCare.gov/privacy). This notice was generated by the Marketplace based on 45 CFR 155.230 and other provisions of 45 CFR part 155, subpart D. The PII used to create this notice was collected from information you provided to the Health Insurance Marketplace®. The Marketplace may have used data from other federal or state agencies or a consumer reporting agency to determine eligibility for the individuals on your application. If you have questions about this data, contact the Marketplace at 1-800-318-2596 (TTY: 1-855-889-4325).

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1207.

*Nondiscrimination:* The Health Insurance Marketplace® doesn't exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, disability, sex (including sexual orientation and gender identity), or age. If you think you've been discriminated against or treated unfairly for any of these reasons, you can file a complaint with the Department of Health and Human Services, Office for Civil Rights by calling 1-800-368-1019 (TTY: 1-800-537-7697), visiting hhs.gov/ocr/civilrights/complaints, or writing to the Office for Civil Rights/ U.S. Department of Health and Human Services/ 200 Independence Avenue, SW/ Room 509F, HHH Building/ Washington, D.C. 20201.

Health Insurance Marketplace® is a registered service mark of the U.S. Department of Health & Human Services.

This Notice Has Important Information This notice has important information about your application or coverage through the Health Insurance Marketplace®. Look for key dates in this notice. You may need to take action by certain deadlines to keep your health coverage or help with costs. You have the right to get this information and help in your language at no cost. Call 1-800-318-2596 and wait through the opening. When an agent answers, state the language you need and you'll be connected with an interpreter.

العربية (Arabic) يحتوي هذا الإشعار على معلومات هامة بخصوص طلبك أو تغطيتك من خلال سوق التأمين الصحي. ابحث عن التواريخ الرئيسية في هذا الإشعار. قد تحتاج إلى اتخاذ إجراء في مواعيد معينة للحفاظ على تغطيتك الصحية أو للمساعدة في التكاليف. لك الحق في الحصول على هذه المعلومات وعلى المساعدة بلغتك من دون أي تكلفة. اتصل بالرقم 1-800-318-2596 و انتظر عند سماعك الافتتاحية. عندما يجيبك مسئول قم بتحديد اللغة التي تحتاج و سيجري وصلك بمترجم.

中文 (Chinese) 本通知包含您通过健康保险市场的申请或保险范围方面的重要信息。查阅本通知中的重要日期。您可能需要在某些截止日期前采取行动以续保或或有助于节省某些费用。您有权免费获取此本信息以及您所使用语种的帮助。请致电 1-800-318-2596 并需完全部録音。当有代表接电时，请说所需的种，而时将与详谈与您联系。

Français (French) Cet avis contient des informations importantes concernant votre demande ou votre couverture à travers le Marché d'assurance maladie. Recherchez les dates clés dans le présent avis. Vous pourrez avoir besoin de prendre des mesures avant certaines dates limites afin de garder votre couverture santé ou de vous aider avec les coûts. Vous avez le droit d'obtenir ces informations et de l'aide dans votre langue sans frais. Appelez le 1-800-318-2596 et appuyez sur « 0 » à deux reprises attendre à travers l'ouverture. Quendre l'agent répond indiquez la langue dont vous avez besoin et vous serez mis en relation avec un interprète.

Kreyòl (French Creole) Avi sa a gen enfòmasyon enpòtan sou aplikasyon w lan oswa pwoteksyon atravè Health Insurance Marketplace la. Gade pou datkle nan avi sa a. Ou ka bezwen pran aksyon pa yon sèten dat limit pou ou kenbe asirans sante ou oswa èd ak depans yo. Ou gen dwa pou ou jwenn enfòmasyon sa a akèd nan lang ou sanpa sa pa koute ou anyen. Rele 1-800-318-2596 epi rete tann ouvèti an. Lè yon ajan reponn, di lang ou bezwen an epi ou pral konekte ak yon entèprèt.

Deutsch (German) Diese Benachrichtigung enthält wichtige Informationen zu Ihrem Antrag oder Versicherung durch den Health Insurance Marketplace. Suchen Sie nach wichtigen Terminen in dieser Benachrichtigung. Sie müssen möglicherweise bis zu bestimmten Stichtagen handeln, um Ihre Krankenversicherung aufrechtzuerhalten oder Hilfe mit Kosten zu erhalten. Sie haben das Recht, diese Informationen und Hilfe in Ihrer Sprache kostenlos zu erhalten. Rufen Sie 1-800-318-2596 an und warten Sie die Ansage ab. Wenn sich ein Mitarbeiter meldet, wählen Sie die Sprache aus, die Sie benötigen und Sie werden mit einem Dolmetscher verbunden.

ગુજરાતી (Gujarati) આ સૂચનામાંઆરોગ્યવીમામાર્કેટરથળના સમારકતતમારીસરઅરજીઅથવા સર્વગ્રાહી વીમો વિશેનીમહત્વનીમહિતીછે. આ સૂચનામાંમહત્વનીતારીખોમાટેજુઓ. તમેતમારાઆરોગ્યઆવરીલેવાઅથવાખર્ચમાંમદદકરવામાટેચમુકયોદ્દસ્ક નિશ્ચિત સમય ને હદમાં ધ્યાનમારાખીનેપગલાંલેવાનીજરૂરપડશે. મનેકોપણુખચવિનાતમારીક્ષામાંમાંજાણકારીનેમદદમેળવવાનોઅધિકારછે. 1-800-318-2596 અને શરૂઆતના મારકતે રાહ જુઓ. એક એજન્ટ જવાબ આપે, ત્યારે તેમને તમે જરૂરી ભાષા જણાવો અને તમને દુભાષિયો સાથે જોડવામાં આવશે.

Italiano (Italian) Questo avviso contiene importanti informazioni. Questo avviso contiene importanti informazioni riguardo la sua richiesta o copertura assicurativa tramite l'Health Insurance Marketplace. Controlli le date più importanti di questo avviso. Potrebbe avere la necessità di compiere alcune azioni al fine di conservare la sua copertura medica o per ridurne i costi. Ha il diritto di ricevere queste informazioni ed assistenza nella sua lingua senza costi aggiuntivi. Chiami all'1-800-318-2596 e resti in attesa del primo operatore disponibile. Quando un nostro operatore risponderà, comunichi la lingua di cui ha bisogno e sarà collegato/a con un interprete.

日本語(Japanese)この通知には重要な情報が含まれています。この通知には、Health Insurance Marketplace 経由のアプリケーションまたは補償範囲に関する重要な情報が含まれます。この通知では、重要な期日について確認してください。補償範囲や費用サポートを維持するには、指定の期日までにご対応いただく必要がある場合があります。これらの情報を無料で取得する権利および希望の言語でサポートを受ける権利があります。1-800-318-2596 にお問い合わせいただき、つながるまでお待ちください。エージェントにつながりましたら、必要とする言語をお伝え下さい。通訳者とつながります。



January 2022

한국어 (Korean) 이 통지서에는 건강 보험 시장을 통한 귀하의 신청이나 보험 커버리지에 관한 중요한 정보가 포함되어 있습니다. 이 통지서에 나타난 중요한 날짜들을 잘 봐 두십시요. 귀하는 귀하의 보험 커버리지를 계속 유지시키거나 경비를 절감하는 도움을 얻기 위해서 일정한 마감일 까지 필요한 조처를 취해야 할 수도 있습니다. 귀하는 귀하의 언어로 이 정보와 도움을 무료로 받을 수 있는 권리가 있습니다. 1-800-318-2596 로 전화하시고 시작하기 전에 기다리십시요. 직원이 전화를 받으면 귀하가 필요한 언어를 말씀하십시요. 그러면 통역사와 연결될 것입니다.

**Polski (Polish)** To ogłoszenie zawiera ważne informacje odnośnie Państwa wniosku o ubezpieczenia lub polisy zdrowotnej zakupionej przez Rynek Ubezpieczeń Zdrowotnych. Prosimy zwrócić uwagę na kluczowe daty zawarte w tym ogłoszeniu aby przy podejmowaniu ewentualnych decyzji dotyczących odnowienia polisy lub pomocy związanej z kosztami, nie przekroczyć terminów. Macie Państwo prawo do bezpłatnej informacji we własnym języku. W tym celu prosimy o telefon pod numer 1 800 318 2596, następnie proszę poczekać na zgłoszenie się operatora i wypowiedzenie preferowanego języka a rozmowa zostanie przełączona do tłumacza.

**Português (Portuguese)** Este aviso contém informações importantes sobre sua aplicação ou cobertura ao longo do Mercado de Planos de Seguro (Health Insurance Marketplace). Observe as datas importantes nesse aviso. Você poderá precisar tomar medidas, até determinados prazos, para manter sua cobertura médica ou ajuda de custo. Você tem o direito de obter tais informações e auxílio em seu idioma, sem custo algum. Ligue para 1-800-318-2596 e espere através da introdução. Quando o agente atende, afirme o idioma que precisa e você será transferido para um intérprete.

**Русский (Russian)** В настоящем уведомлении содержится важная информация о вашей страховке через рынок медицинского страхования. Вы можете найти важные даты в данном уведомлении. Возможно, вам придется предпринять некоторые действия к конкретным срокам, с тем, чтобы сохранить вашу медицинскую страховку или финансовую помощь на медицинские расходы. Вы имеете право на получение этой информации и помощи на родном языке бесплатно. Позвоните по номеру 1-800-318-2596 и прослушайте вступительную информацию до конца. Когда ответит агент, укажите необходимый язык, и вас соединят с переводчиком.

**Español (Spanish)** Este aviso contiene información importante sobre su solicitud o la cobertura que tiene a través del Mercado de Seguros Médicos. Consulte las fechas importantes que figuran aquí. Es probable que deba tomar medidas antes de algunas fechas clave para mantener su cobertura de salud o seguir recibiendo ayuda para pagar los costos. Usted tiene derecho a recibir esta información y asistencia en su idioma en forma gratuita. Llame al 1-800-318-2596 y espere a través de la introducción. Cuando el agente atiende, indique el idioma que necesita y lo pondrán en comunicación con un intérprete.

**Tagalog (Tagalog)** Ang paunawa na ito ay may nilalamang mahalagang impormasyon tungkol sa iyong aplikasyon o kaseguruhan sa pamamagitan ng Health Insurance Marketplace. Tingnan ang mga mahalagang petsa sa paunawang ito. Maaring mangailangang gumawa ka ng hakbang sa loob ng mga itinakdang petsa upang mapanatili ang iyong kaseguruhang pangkalusugan o makatanggap ng tulong sa mga gastos. Mayroon kang karapatang makuha ang impormasyon na ito at tulong sa iyong wika ng walang gastos. Tumawag sa 1-800-318-2596 at maghintay ng pagkakataong mabuksan ang linya. Kapag sumagot ang isang ahente, sabihin ang kailangan mong wika at ikaw ay iuugnay sa isang tagapagsalin sa Tagalog.

**Tiếng Việt (Vietnamese)** Thông báo này có thông tin quan trọng về đơn xin của quý vị hoặc hợp đồng bảo hiểm của chương trình Thị trường bảo hiểm sức khỏe Marketplace. Xin xem những ngày then chốt trong thông báo này. Quý vị có thể phải thực hiện theo thông báo đúng thời hạn để duy trì bảo hiểm sức khỏe hoặc được trợ giúp thêm về chi phí. Quý vị có quyền được biết thông tin này và được trợ giúp bằng ngôn ngữ của mình hoàn toàn miễn phí. Xin gọi 1-800-318-2596 và đợi nghe hết lời mở đầu. Khi nghe một nhân viên trả lời, hãy nói ngôn ngữ của mình là gì và quý vị sẽ được kết nối với một thông dịch viên.



**Health Insurance Marketplace® is a registered service mark of the U.S. Department of Health & Human Services.**

**January 2022**

