IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE MEACHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 24 C 08900 |
| ) | |
| MICHAEL ALMEREYDA, MOMA, ) | Judge John J. Tharp, Jr. |
| SCREEN WRITERS GUILD, OSCAR ) | |
| COMMITTEE, and FILM ) | |
| COMMITTEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Statement below, the plaintiff's complaint [1] is dismissed without prejudice for lack of subject matter jurisdiction. The plaintiff's application for leave to proceed in forma pauperis [4] and motions for attorney representation [5], [6] are denied as moot. Civil case terminated.

## STATEMENT

Plaintiff appears to allege violations of her "[intellectual property,] ownership of body/human beings, shared property ownership of pet/living creature, religious rights, marriage rights, and freedom of speech." But the complaint asserts no basis for federal jurisdiction over any such claims. It does not allege diversity jurisdiction nor plead facts sufficient to trigger it, providing no insight as to the citizenship of the parties or the amount in controversy. Nor does the plaintiff provide a valid basis for federal question jurisdiction. So far as the Court can discern, the only federal law directly implicated is the First Amendment to the U.S. Constitution, but the plaintiff cites no legitimate cause of action, much less explain why the Amendment applied to defendant Almereyda as a non-state actor. Accordingly, the Court dismisses the complaint without prejudice for lack of subject matter jurisdiction. *See Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (federal courts have an independent obligation to assure themselves of their own jurisdiction); *Greater Chicago Combine & Center, Inc. v. City of Chicago*, 431 F.3d 1065, 1069-70 (federal courts may dismiss "wholly insubstantial and frivolous claims" for lack of subject matter jurisdiction).

Dated: September 30, 2024

John J. Tharp, Jr.
United States District Judge