IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSE MEACHAM | ) | |
| | ) | |
| Plaintiff, | ) | No. 24 CV 08900 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| MICHAEL ALMEREYDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on initial review for lack of subject matter jurisdiction, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Michael Almereyda, Moma, Screen Writers Guild, Oscar Committee, and Film Committee and against plaintiff Rose Meacham. Defendants shall not recover costs from plaintiff.

Dated: September 30, 2024

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge